UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEADOR,<br><br>        Plaintiff,<br><br>vs.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>        Defendants. | 1:05-cv-00939-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

Plaintiff, William Meador ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 10, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before May 1, 2007. On April 26, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed April 10, 2007,
8 are ADOPTED IN FULL; and,
9   2.  This action is DISMISSED in its entirety.
10 IT IS SO ORDERED.
11 **Dated:   July 12, 2007**             **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE